UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

CRAIG ANDREW NEEF,

                        Plaintiff,

      -against-

THE CITY OF NEW YORK et al.,

                    Defendants.

**NOTICE OF APPEARANCE**

07 CV 7677 (KMK)(JCF)

This document has been electronically filed.

------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that **Curt P. Beck, Esq.**, Special Assistant Corporation Counsel, appears as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant The City of New York, effective October 5, 2007.

Dated: New York, New York
       October 5, 2007

                  MICHAEL A. CARDOZO
                  Corporation Counsel of the City of New York
                  Attorney for Defendant City of New York
                  100 Church Street
                  Room 3-140
                  New York, New York 10007
                  (212) 676-7395

                  By: _____
                         Curt P. Beck (CB 1766)
                         Special Assistant Corporation Counsel