**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

-----------------------------------X
Neef


                                        NOTICE OF REASSIGNMENT

            -V-

                                        07 cv.  7677(RJS)

The City of N.Y.
-----------------------------------X


        Pursuant to the memorandum of the Case Processing Assistant
the above entitled action is reassigned to the WP calendar of


            JUDGE: Richard J.Sullivan

        All future documents submitted in this action shall bear the
assigned judge's initials after the case number.  If this case is
assigned to the Electronic Case Filing (ECF) system, documents
must be submitted electronically, and shall also bear the
notation "ECF CASE" under the docket number.

        The attorney(s) for the plaintiff(s) are requested to serve
a copy of the Notice of Reassignment on all defendants.


                                J. Michael McMahon, CLERK
Dated:10/18/07
                        by:_____
                                    Deputy Clerk



CC:  Attorneys of Record




i:forms\assign\reass.wpd
WP REASSIGNMENT FORM




                                    Revised: September 9, 2004