UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Craig Andrew Neef*

              *Plaintiff,*

-V-

*The City of New York, et al,*

              *Defendants.*

Case No. 07-CV-7677 (RJS)(JCF)

CONSOLIDATION ORDER
RNC Case

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/07

RICHARD J. SULLIVAN, District Judge:

      The above-captioned case is hereby consolidated with 04 cv 7922, *Schiller v. City of New York*, for discovery purposes as related to the protest activity and arrests during the 2004 Republican National Convention and is referred to Magistrate Judge Francis for discovery.

Dated: October 23, 2007
       New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE