AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

CRAIG ANDREW NEEF

V.

THE CITY OF NEW YORK et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **07 CIV 7677** (KMK)(JCF)

TO: (Name and address of Defendant)

SEE ATTACHED RIDER

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathan Moore, Esq.
Clare Norins, Esq.
Beldock Levine & Hoffman LLP
99 Park Avenue, Suite 1600
New York, New York 10016

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                             AUG 29 2007

CLERK                                          DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
CRAIG ANDREW NEEF,

                                                                                   SUMMONS RIDER

                             Plaintiff,

                            -against-                          ECF Case

THE CITY OF NEW YORK, et al.,

                             Defendants.
------------------------------------------------------x

        The names and addresses of the defendants are as follows:

The City of New York
New York City Law Department
100 Church Street
New York, New York 10007

Mayor Michael Bloomberg
New York City Law Department
100 Church Street
New York, New York 10007

Police Commissioner Raymond Kelly
One Police Plaza
Legal Bureau, Room 1406
New York, New York 10038

Assistant Chief Jack McManus
One Police Plaza
New York, New York 10038

David Cohen
Deputy Commissioner for Intelligence
One Police Plaza, Room 1108
New York, New York 10038

Chief Joseph Esposito
One Police Plaza
Legal Bureau, Room 1406
New York, New York 10038

Commander Thomas Graham
One Police Plaza
Legal Bureau, Room 1406
New York, New York 10038

Deputy Chief John J. Colgan
One Police Plaza
Legal Bureau, Room 1406
New York, New York 10038

Deputy Commissioner Stephen Hammerman
One Police Plaza
Legal Bureau, Room 1406
New York, New York 10038

Assistant Deputy Commissioner Thomas Doepfner
One Police Plaza
Legal Bureau, Room 1406
New York, New York 10038

Ruby Marin-Jordan
One Police Plaza
Legal Bureau, Room 1406
New York, New York 10038

Sergeant Sean O'Connor
Joint Terrorist Task Force
26 Federal Plaza
New York, New York 10001

Under Cover Police Officer No. 2406
Narcotics Division
One Police Plaza, Room 1100
New York, New York 10038

Police Officer Richard Gioia (Shield No. 6099)
120 Precinct
78 Richmond Terrace
Staten Island, New York 10301

Inspector Kevin Ward
Organized Crime Control Bureau
One Police Plaza
New York, New York 10038

Inspector Thomas Dirusso
New York City Police Department
Fleet Services Division
53-15 58TH ST.
Woodside, New York 11377

Police Officer Russell John (Shield No. 31399)
Management and Information Systems Division
One Police Plaza, Room 700
New York, New York 10007

John Does Nos. 1-10 and Richard Roes Nos. 1-10
New York City Law Department
100 Church Street
New York, New York 10007

Dated:      August 29, 2007
            New York, New York

_____
JONATHAN C. MOORE (JM 6902)
CLARE NORINS (CN 2821)

**Beldock Levine & Hoffman LLP**
99 Park Avenue, Suite 1600
New York, New York 10016
(212) 490-0400

*Attorneys for the Plaintiff*

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
CRAIG ANDREW NEEF                                                          **AFFIDAVIT OF SERVICE**

                        Plaintiff,

                                                     Index No. 07 Civ. 7677 (KMK)(JCF)

  -against-

THE CITY OF NEW YORK, et al.

                        Defendants.
--------------------------------------------------------X

STATE OF NEW YORK    )
                                 ) SS.:
COUNTY OF NEW YORK )

JULIE RUSSELL, being duly sworn, deposes and says:
     I am not a party to this action, I am over 18 years of age, and reside in Brooklyn, New York.

     On September 21, 2007, at about 4:53 p.m., I served on defendant THE CITY OF NEW YORK, a domestic corporation, a copy of the SUMMONS AND COMPLAINT in this action, as well as a copy of:

     1.     Individual Practices of USDJ Kenneth M. Karas;
     2.     Individual Practices of USDJ James C. Francis;
     3.     USDC/SDNY Instructions for Filing an Electronic Case or Appeal;
     4.     USDC/SDNY Procedures for Electronic Case Filing;
     5.     USDC/SDNY Guidelines for Electronic Case Filing

by personally delivering a true copy of each to Madelyn Santana on the 4th floor of the New York City Law Department, 100 Church Street, New York, New York 10007, who is authorized to accept service on behalf of the City of New York.

                                                                     JULIE RUSSELL

Sworn to before me this
26TH day of September, 2007

_____
NOTARY PUBLIC

CLARE R. NORINS
Notary Public, State of New York
No. 02NO6126689
Qualified in Kings County
Commission Expires May 9, 20 09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CRAIG ANDREW NEEF                                          **AFFIDAVIT OF SERVICE**

                Plaintiff,
                                  Index No. 07 Civ. 7677 (KMK)(JCF)

-against-

THE CITY OF NEW YORK, et al.

                Defendants.
-------------------------------------------------------X

STATE OF NEW YORK    )
                            ) SS.:
COUNTY OF NEW YORK )

JULIE RUSSELL, being duly sworn, deposes and says:
    I am not a party to this action, I am over 18 years of age, and reside in Brooklyn, New York.

On September 21, 2007, at about 4:53 p.m., I served on defendant MICHAEL BLOOMBERG, the Mayor of New York City, a copy of the SUMMONS AND COMPLAINT in this action, as well as a copy of:

1. Individual Practices of USDJ Kenneth M. Karas;
2. Individual Practices of USDJ James C. Francis;
3. USDC/SDNY Instructions for Filing an Electronic Case or Appeal;
4. USDC/SDNY Procedures for Electronic Case Filing;
5. USDC/SDNY Guidelines for Electronic Case Filing

by personally delivering a true copy of each to Madelyn Santana on the 4th floor of the New York City Law Department, 100 Church Street, New York, New York 10007, who is authorized to accept service on behalf of the City of New York.

                                                        JULIE RUSSELL

Sworn to before me this
26TH day of September, 2007

_____
NOTARY PUBLIC

                CLARE R. NORINS
       Notary Public, State of New York
             No. 02NO6126689
          Qualified in Kings County
     Commission Expires May 9, 20 09