## AFFIDAVIT OF SERVICE
### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

Index Number: 07 CV 7677 (KMK)(JCF)                     Date Filed_____

Plaintiff:
**CRAIG ANDREW NEEF**

v.

Defendant:
**CITY OF NEW YORK, et al.**

To be served on **POLICE COMMISSIONER RAYMOND KELLY , Legal Bureau, Room 1406, 1 Police Plaza, New York, NY 10038.**

I, JULIE RUSSELL, being duly sworn, depose and say that on the **21st day of September** at **4:31 pm**, I **served** a true copy of the **Summons and Complaint**, as well as a copy of:
1.     **Individual Practices of USDJ Kenneth M. Karas**;
2.     **Individual Practices of USDJ James C. Francis**;
3.     **USDC/SDNY Instructions for Filing an Electronic Case or Appeal**;
4.     **USDC/SDNY Procedures for Electronic Case Filing**;
5.     **USDC/SDNY Guidelines for Electronic Case Filing**;
to Agency Attorney Intern Lesa Moore, who is a person of suitable age and discretion at the actual place of business, described within.  On 9/24/07 I deposited a true copy thereof in a post-paid wrapper bearing the legend 'Personal and Confidential', in an official depository under the exclusive care and custody of the United States Postal Service within New York State, and addressed to: **Raymond Kelly** at the address noted above.

**Description** of Person Served: Age: 25-30, Sex: F, Race/Skin Color: African American, Height: 5"3, Weight: 135, Hair: Dark Brown, Glasses: Y

I am over the age of 18, not a party to this action, and reside in the State of New York.

JULIE RUSSELL

Sworn to before me this
26th day of September, 2007

CLARE R. NORINS
Notary Public, State of New York
No. 02NO6126689
Qualified in Kings County
Commission Expires May 9, 20 09

# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Index Number: 07 CV 7677 (KMK)(JCF)                    Date Filed_____

Plaintiff:
**CRAIG ANDREW NEEF**

v.

Defendant:
**CITY OF NEW YORK, et al.**

To be served on **ASSISTANT CHIEF JACK MCMANUS, Legal Bureau, Room 1406, 1 Police Plaza, New York, NY 10038.**

I, JULIE RUSSELL, being duly sworn, depose and say that on the **21st day of September** at **4:31 pm**, I **served** a true copy of the **Summons and Complaint**, as well as a copy of:
1.    **Individual Practices of USDJ Kenneth M. Karas;**
2.    **Individual Practices of USDJ James C. Francis;**
3.    **USDC/SDNY Instructions for Filing an Electronic Case or Appeal;**
4.    **USDC/SDNY Procedures for Electronic Case Filing;**
5.    **USDC/SDNY Guidelines for Electronic Case Filing;**
to Agency Attorney Intern Lesa Moore, who is a person of suitable age and discretion at the actual place of business, described within. On 9/24/07 I deposited a true copy thereof in a post-paid wrapper bearing the legend 'Personal and Confidential', in an official depository under the exclusive care and custody of the United States Postal Service within New York State, and addressed to: **Jack McManus** at the address noted above.

**Description** of Person Served: Age: 25-30, Sex: F, Race/Skin Color: African American, Height: 5"3, Weight: 135, Hair: Dark Brown, Glasses: Y

I am over the age of 18, not a party to this action, and reside in the State of New York.

JULIE RUSSELL

Sworn to before me this
26th day of September, 2007

CLARE R. NORINS
Notary Public, State of New York
No. 02NO6126689
Qualified in Kings County
Commission Expires May 9, 20 09

# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Index Number: 07 CV 7677 (KMK)(JCF)                    Date Filed_____

Plaintiff:
**CRAIG ANDREW NEEF**

v.

Defendant:
**CITY OF NEW YORK, et al.**

To be served on **DEPUTY COMMISSIONER OF INTELLIGENCE DAVID COHEN** ,
Legal Bureau, Room 1406, 1 Police Plaza, New York, NY 10038.

I, JULIE RUSSELL, being duly sworn, depose and say that on the **21st day of September** at **4:31 pm**, I **served** a true copy of the **Summons and Complaint**, as well as a copy of:
1.    **Individual Practices of USDJ Kenneth M. Karas;**
2.    **Individual Practices of USDJ James C. Francis;**
3.    **USDC/SDNY Instructions for Filing an Electronic Case or Appeal;**
4.    **USDC/SDNY Procedures for Electronic Case Filing;**
5.    **USDC/SDNY Guidelines for Electronic Case Filing;**
to Agency Attorney Intern Lesa Moore, who is a person of suitable age and discretion at the actual place of business, described within.  On 9/24/07 I deposited a true copy thereof in a post-paid wrapper bearing the legend 'Personal and Confidential', in an official depository under the exclusive care and custody of the United States Postal Service within New York State, and addressed to: **David Cohen** at the address noted above.

**Description** of Person Served: Age: 25-30, Sex: F, Race/Skin Color: African American, Height: 5"3, Weight: 135, Hair: Dark Brown, Glasses: Y

I am over the age of 18, not a party to this action, and reside in the State of New York.

JULIE RUSSELL

Sworn to before me this
26th day of September, 2007

CLARE R. NORINS
Notary Public, State of New York
No. 02NO6126689
Qualified in Kings County
Commission Expires May 9, 2009

# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Index Number: 07 CV 7677 (KMK)(JCF)                     Date Filed_____

Plaintiff:
**CRAIG ANDREW NEEF**

v.

Defendant:
**CITY OF NEW YORK, et al.**

To be served on **CHIEF JOSEPH ESPOSITO, Legal Bureau, Room 1406, 1 Police Plaza, New York, NY 10038.**

I, JULIE RUSSELL, being duly sworn, depose and say that on the **21st day of September** at **4:31 pm**, I **served** a true copy of the **Summons and Complaint**, as well as a copy of:
1.       **Individual Practices of USDJ Kenneth M. Karas;**
2.       **Individual Practices of USDJ James C. Francis;**
3.       **USDC/SDNY Instructions for Filing an Electronic Case or Appeal;**
4.       **USDC/SDNY Procedures for Electronic Case Filing;**
5.       **USDC/SDNY Guidelines for Electronic Case Filing;**
to Agency Attorney Intern Lesa Moore, who is a person of suitable age and discretion at the actual place of business, described within.  On 9/24/07 I deposited a true copy thereof in a post-paid wrapper bearing the legend 'Personal and Confidential', in an official depository under the exclusive care and custody of the United States Postal Service within New York State, and addressed to: **Joseph Esposito** at the address noted above.

**Description** of Person Served: Age: 25-30, Sex: F, Race/Skin Color: African American, Height: 5"3, Weight: 135, Hair: Dark Brown, Glasses: Y

I am over the age of 18, not a party to this action, and reside in the State of New York.

JULIE RUSSELL

Sworn to before me this
26th day of September, 2007

CLARE R. NORINS
Notary Public, State of New York
No. 02NO6126689
Qualified in Kings County
Commission Expires May 9, 20 09

## AFFIDAVIT OF SERVICE
### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

Index Number: 07 CV 7677 (KMK)(JCF)                    Date Filed_____

Plaintiff:
**CRAIG ANDREW NEEF**

v.

Defendant:
**CITY OF NEW YORK, et al.**

To be served on **COMMANDER THOMAS GRAHAM, Legal Bureau, Room 1406, 1 Police Plaza, New York, NY 10038.**

I, JULIE RUSSELL, being duly sworn, depose and say that on the **21st day of September** at **4:31 pm**, I **served** a true copy of the **Summons and Complaint**, as well as a copy of:
1.      **Individual Practices of USDJ Kenneth M. Karas**;
2.      **Individual Practices of USDJ James C. Francis**;
3.      **USDC/SDNY Instructions for Filing an Electronic Case or Appeal**;
4.      **USDC/SDNY Procedures for Electronic Case Filing**;
5.      **USDC/SDNY Guidelines for Electronic Case Filing**;
to Agency Attorney Intern Lesa Moore, who is a person of suitable age and discretion at the actual place of business, described within. On 9/24/07 I deposited a true copy thereof in a post-paid wrapper bearing the legend 'Personal and Confidential', in an official depository under the exclusive care and custody of the United States Postal Service within New York State, and addressed to: **Thomas Graham** at the address noted above.

**Description** of Person Served: Age: 25-30, Sex: F, Race/Skin Color: African American, Height: 5"3, Weight: 135, Hair: Dark Brown, Glasses: Y

I am over the age of 18, not a party to this action, and reside in the State of New York.

JULIE RUSSELL

Sworn to before me this
26th day of September, 2007

CLARE R. NORINS
Notary Public, State of New York
No. 02NO6126689
Qualified in Kings County
Commission Expires May 9, 2009

## AFFIDAVIT OF SERVICE
### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

Index Number: 07 CV 7677 (KMK)(JCF)                    Date Filed_____

Plaintiff:
**CRAIG ANDREW NEEF**

v.

Defendant:
**CITY OF NEW YORK, et al.**

To be served on **DEPUTY CHIEF JOHN J. COLGAN, Legal Bureau, Room 1406, 1 Police Plaza, New York, NY 10038.**

I, JULIE RUSSELL, being duly sworn, depose and say that on the **21ˢᵗ day of September** at **4:31 pm**, I **served** a true copy of the **Summons and Complaint**, as well as a copy of:
1.      **Individual Practices of USDJ Kenneth M. Karas**;
2.      **Individual Practices of USDJ James C. Francis**;
3.      **USDC/SDNY Instructions for Filing an Electronic Case or Appeal;**
4.      **USDC/SDNY Procedures for Electronic Case Filing;**
5.      **USDC/SDNY Guidelines for Electronic Case Filing;**
to Agency Attorney Intern Lesa Moore, who is a person of suitable age and discretion at the actual place of business, described within.  On 9/24/07 I deposited a true copy thereof in a post-paid wrapper bearing the legend 'Personal and Confidential', in an official depository under the exclusive care and custody of the United States Postal Service within New York State, and addressed to: **John J. Colgan** at the address noted above.

**Description** of Person Served: Age: 25-30, Sex: F, Race/Skin Color: African American, Height: 5"3, Weight: 135, Hair: Dark Brown, Glasses: Y

I am over the age of 18, not a party to this action, and reside in the State of New York.

JULIE RUSSELL

Sworn to before me this
26ᵗʰ day of September, 2007

CLARE R. NORINS
Notary Public, State of New York
No. 02NO6126689
Qualified in Kings County
Commission Expires May 9, 20 0 9

## AFFIDAVIT OF SERVICE
### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

Index Number: 07 CV 7677 (KMK)(JCF)                         Date Filed_____

Plaintiff:
**CRAIG ANDREW NEEF**

v.

Defendant:
**CITY OF NEW YORK, et al.**

To be served on **DEPUTY COMMISSIONER STEVEN HAMMERMAN, Legal Bureau, Room 1406, 1 Police Plaza, New York, NY 10038.**

I, JULIE RUSSELL, being duly sworn, depose and say that on the **21st day of September** at **4:31 pm**, I **served** a true copy of the **Summons and Complaint**, as well as a copy of:
1.   **Individual Practices of USDJ Kenneth M. Karas**;
2.   **Individual Practices of USDJ James C. Francis**;
3.   **USDC/SDNY Instructions for Filing an Electronic Case or Appeal**;
4.   **USDC/SDNY Procedures for Electronic Case Filing**;
5.   **USDC/SDNY Guidelines for Electronic Case Filing**;
to Agency Attorney Intern Lesa Moore, who is a person of suitable age and discretion at the actual place of business, described within.  On 9/24/07 I deposited a true copy thereof in a post-paid wrapper bearing the legend 'Personal and Confidential', in an official depository under the exclusive care and custody of the United States Postal Service within New York State, and addressed to: **Steven Hammerman** at the address noted above.

**Description** of Person Served: Age: 25-30, Sex: F, Race/Skin Color: African American, Height: 5"3, Weight: 135, Hair: Dark Brown, Glasses: Y

I am over the age of 18, not a party to this action, and reside in the State of New York.

JULIE RUSSELL

Sworn to before me this
26th day of September, 2007

CLARE R. NORINS
Notary Public, State of New York
No. 02NO6126689
Qualified in Kings County
Commission Expires May 9, 20 09

## AFFIDAVIT OF SERVICE
### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

Index Number: 07 CV 7677 (KMK)(JCF)                    Date Filed_____

Plaintiff:
**CRAIG ANDREW NEEF**

v.

Defendant:
**CITY OF NEW YORK, et al.**

To be served on **ASSISTANT DEPUTY COMMISSIONER THOMAS DOEPFNER, Legal Bureau, Room 1406, 1 Police Plaza, New York, NY 10038.**

I, JULIE RUSSELL, being duly sworn, depose and say that on the **21st day of September** at **4:31 pm**, I **served** a true copy of the **Summons and Complaint**, as well as a copy of:

1.      **Individual Practices of USDJ Kenneth M. Karas**;
2.      **Individual Practices of USDJ James C. Francis**;
3.      **USDC/SDNY Instructions for Filing an Electronic Case or Appeal;**
4.      **USDC/SDNY Procedures for Electronic Case Filing;**
5.      **USDC/SDNY Guidelines for Electronic Case Filing;**

to Agency Attorney Intern Lesa Moore, who is a person of suitable age and discretion at the actual place of business, described within.  On 9/24/07 I deposited a true copy thereof in a post-paid wrapper bearing the legend 'Personal and Confidential', in an official depository under the exclusive care and custody of the United States Postal Service within New York State, and addressed to: **Thomas Doepfner** at the address noted above.

**Description** of Person Served: Age: 25-30, Sex: F, Race/Skin Color: African American, Height: 5"3, Weight: 135, Hair: Dark Brown, Glasses: Y

I am over the age of 18, not a party to this action, and reside in the State of New York.

JULIE RUSSELL

Sworn to before me this
26th day of September, 2007

CLARE R. NORINS
Notary Public, State of New York
No. 02NO6126689
Qualified in Kings County
Commission Expires May 9, 20 09

## AFFIDAVIT OF SERVICE
### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

Index Number: 07 CV 7677 (KMK)(JCF)                                Date Filed_____

Plaintiff:
**CRAIG ANDREW NEEF**

v.

Defendant:
**CITY OF NEW YORK, et al.**

To be served on **SPECIAL COUNSEL RUBY MARIN-JORDAN, Legal Bureau, Room 1406, 1 Police Plaza, New York, NY 10038.**

I, JULIE RUSSELL, being duly sworn, depose and say that on the **21st day of September** at **4:31 pm**, I **served** a true copy of the **Summons and Complaint**, as well as a copy of:
1.     **Individual Practices of USDJ Kenneth M. Karas;**
2.     **Individual Practices of USDJ James C. Francis;**
3.     **USDC/SDNY Instructions for Filing an Electronic Case or Appeal;**
4.     **USDC/SDNY Procedures for Electronic Case Filing;**
5.     **USDC/SDNY Guidelines for Electronic Case Filing;**
to Agency Attorney Intern Lesa Moore, who is a person of suitable age and discretion at the actual place of business, described within.  On 9/24/07 I deposited a true copy thereof in a post-paid wrapper bearing the legend 'Personal and Confidential', in an official depository under the exclusive care and custody of the United States Postal Service within New York State, and addressed to: **Ruby Marin-Jordan** at the address noted above.

**Description** of Person Served: Age: 25-30, Sex: F, Race/Skin Color: African American, Height: 5"3, Weight: 135, Hair: Dark Brown, Glasses: Y

I am over the age of 18, not a party to this action, and reside in the State of New York.

JULIE RUSSELL

Sworn to before me this
26th day of September, 2007

CLARE R. NORINS
Notary Public, State of New York
No. 02NO6126689
Qualified in Kings County
Commission Expires May 9, 20 09