# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Index Number: 07 CV 7677 (KMK)(JCF)                                    Date Filed_____

Plaintiff:
**CRAIG ANDREW NEEF**

v.

Defendant:
**CITY OF NEW YORK, et al.**

To be served on **SERGEANT SEAN O'CONNOR, Joint Terrorist Task Force, Room 1109, 1 Police Plaza, New York, NY 10038.**

I, ERIC SANCHEZ, being duly sworn, depose and say that on the **25th day of September** at **2:47 pm**, I **served** a true copy of the **Summons and Complaint**, as well as a copy of:
1. **Individual Practices of USDJ Kenneth M. Karas**;
2. **Individual Practices of USDJ James C. Francis**;
3. **USDC/SDNY Instructions for Filing an Electronic Case or Appeal**;
4. **USDC/SDNY Procedures for Electronic Case Filing**;
5. **USDC/SDNY Guidelines for Electronic Case Filing**;

to Detective Singh, who is a person of suitable age and discretion at the actual place of business, described within. On 10/01/07 I deposited a true copy thereof in a post-paid wrapper bearing the legend 'Personal and Confidential', in an official depository under the exclusive care and custody of the United States Postal Service within New York State, and addressed to: **Sergeant Sean O'Connor** at the address noted above.

**Description** of Person Served: Age: 30-35, Sex: M, Race/Skin Color: Asian American, Height: 6"1, Weight: 170, Hair: Black, Glasses: Y

I am over the age of 18, not a party to this action, and reside in the State of New York.

_____
ERIC SANCHEZ

Sworn to before me this
2nd day of October, 2007

_____

CLARE R. NORINS
Notary Public, State of New York
No. 02NO6126689
Qualified in Kings County
Commission Expires May 9, 20 09