# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 07 CIV 7677  
Date Filed: _____

Plaintiff:  
**NEEF**

vs.

Defendant:  
**THE CITY OF NEW YORK, et al.**

Received by ASK Litigation Support, Inc. to be served on **POLICE OFFICER RICHARD GIOIA, 120TH Precinct, 78 Richmond Terrace, Staten Island, NY 10301**.

I, Simon Kahn, being duly sworn, depose and say that on the **18th day of October, 2007** at **1:43 pm**, I:

**Substitute Served** by giving a true copy of the **Summons & Complaint, Judge's and Magistrate's Rules including ECF** to P.A.A. Verte, accepting for Officer Gioia, who is a person of suitable age and discretion at the **actual place of business**, described within. On 10/19/07 I deposited in the United States Mail, via First Class, a true copy of the documents listed above in a properly enclosed and sealed, post-paid envelope bearing the legend 'Personal and Confidential'. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney, or concerned an action against the person to be served, and was addressed to: **Police Officer Richard Gioia** at the address noted above.

**Description** of Person Served: Age: 48, Sex: F, Race/Skin Color: Caucasian, Height: seate, Weight: 160, Hair: Brown/Blond, Glasses: Y

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___10/22/07___  
DATE

Simon Kahn  
0842361

ASK Litigation Support, Inc.  
D/B/A Firm Service  
211 East 43rd Street, Suite 1901  
New York, NY 10017  
(212) 481-9000  
Our Job Serial Number: 2007000636